**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JERRY RICHARD; AE SAYASAVANH                                                                PLAINTIFFS
SAMONTRY; and PORNPIEMON PHOUANGMANY

v.                                              NO. 4:11CV00551 JLH

LONOKE COUNTY, ARKANSAS;
JIM ROBERSON, individually and in his official
capacity as a member of the Lonoke County
Sheriff's Department; JAMES KULESA, individually
and in his official capacity as a member of the
Lonoke County Sheriff's Department;
KEENAN CARTER, individually and in his official
capacity as a member of the Lonoke County
Sheriff's Department; KEVIN BLAKELY;
and BONNIE BLAKELY                                                                                       DEFENDANTS

**ORDER**

The Court's attention has been directed to the fact that separate defendant KEVIN BLAKELY herein is presently proceeding *pro se*.

The purpose of this Order is to direct defendant's attention to the fact that he is required to be familiar and comply with all the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Failure to comply <u>may</u> result in default judgment being entered against him. The Federal Rules of Civil Procedure are available in many libraries and bookstores and the Local Rules can be obtained from the United States District Court Clerk for the Eastern District of Arkansas. Defendant is hereby instructed to be familiar and comply with said Rules.

The Clerk of Court is directed to serve this Order on separate defendant KEVIN BLAKELY by both regular mail and certified mail, return receipt requested.

IT IS SO ORDERED this 15th day of November, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE