**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JERRY RICHARD;                                                                                            PLAINTIFFS
AE SAYASAVANH SAMONTRY;
and PORNPIEMON PHOUANGMANY

v.                                            NO. 4:11CV00551 JLH

LONOKE COUNTY, ARKANSAS;
JIM ROBERSON, individually and in his official
capacity as a member of the Lonoke County
Sheriff's Department; JAMES KULESA,
individually and in his official capacity as a member
of the Lonoke County Sheriff's Department;
KEENAN CARTER, individually and in his official
capacity as a member of the Lonoke County
Sheriff's Department; KEVIN BLAKELY;
and BONNIE BLAKELY                                                                                      DEFENDANTS

## ORDER

The defendants' motion to stay is GRANTED. Document #17. This action is hereby stayed until the conclusion of the plaintiffs' criminal case. The parties are directed to file a motion to lift the stay upon completion of the criminal case.

IT IS SO ORDERED this 27th day of August, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE