**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| JERRY RICHARD;<br>AE SAYASAVANH SAMONTRY;<br>and PORNPIEMON PHOUANGMANY | | PLAINTIFFS |
| v. | NO. 4:11CV00551 JLH | |
| LONOKE COUNTY, ARKANSAS;<br>JIM ROBERSON, individually and in his official<br>capacity as a member of the Lonoke County<br>Sheriff's Department; JAMES KULESA,<br>individually and in his official capacity as a member<br>of the Lonoke County Sheriff's Department;<br>KEENAN CARTER, individually and in his official<br>capacity as a member of the Lonoke County<br>Sheriff's Department; KEVIN BLAKELY;<br>and BONNIE BLAKELY | | DEFENDANTS |

## ORDER

The defendants' motion to stay is GRANTED. Document #17. This action is hereby stayed until the conclusion of the plaintiffs' criminal case. The parties are directed to file a motion to lift the stay upon completion of the criminal case.

IT IS SO ORDERED this 27th day of August, 2012.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE