IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JERRY RICHARD;                                                                                      PLAINTIFFS
AE SAYASAVANH SAMONTRY;
and PORNPIEMON PHOUANGMANY

v.                                          NO. 4:11CV00551 JLH

LONOKE COUNTY, ARKANSAS;
JIM ROBERSON, individually and in his official
capacity as a member of the Lonoke County
Sheriff's Department; JAMES KULESA,
individually and in his official capacity as a member
of the Lonoke County Sheriff's Department;
KEENAN CARTER, individually and in his official
capacity as a member of the Lonoke County
Sheriff's Department; KEVIN BLAKELY;
and BONNIE BLAKELY                                                                                  DEFENDANTS

## ORDER

The Court has a criminal trial scheduled to begin on March 3, 2014. It appears that that trial is likely to extend into the week of March 10, 2014, which necessitates that the trial of this case, which was scheduled to begin on March 10, 2014, be continued. This action is hereby removed from the trial docket for the week of March 10. A new scheduling order will be entered separately. Kevin Blakely and Bonnie Blakely's motion for a new scheduling order and extension of time is moot. Document #33.

IT IS SO ORDERED this 14th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE