**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| JERRY RICHARD;<br>AE SAYASAVANH SAMONTRY;<br>and PORNPIEMON PHOUANGMANY | PLAINTIFFS |
| v.      NO. 4:11CV00551 JLH | |
| LONOKE COUNTY, ARKANSAS;<br>JIM ROBERSON, individually and in his official<br>capacity as a member of the Lonoke County<br>Sheriff's Department; JAMES KULESA,<br>individually and in his official capacity as a member<br>of the Lonoke County Sheriff's Department;<br>KEENAN CARTER, individually and in his official<br>capacity as a member of the Lonoke County<br>Sheriff's Department; KEVIN BLAKELY;<br>and BONNIE BLAKELY | DEFENDANTS |

**JUDGMENT**

Pursuant to the Opinion and Order entered separately today, all of the claims of the plaintiffs that arise under the constitution and laws of the United States are dismissed with prejudice. The Court declines to exercise supplemental jurisdiction over the claims of the plaintiffs that arise under the laws of the State of Arkansas, so those claims are dismissed without prejudice.

IT IS SO ORDERED this 18th day of August, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE